UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                          Case No.  05-cr-153-01-SM

Nicholas Spears

## O R D E R

Defendant Spears' motion to continue the final pretrial conference and trial is granted (document 39). Trial has been rescheduled for the June 2006 trial period. Defendant Spears shall file a waiver of speedy trial rights not later than March 8, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 25, 2006 at 11:00 a.m.

**Jury Selection**: June 6, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 2, 2006

cc: Jorel V. Booker, Esq.
Terry Ollila, AUSA
US Probation
US Marshal